IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01636–EWN–MEH

IN THE MATTER OF:
CHANDIKA PRADHAN; A55-110-404,
RAJESH PRADHAN; A55-110-405,

    Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICE
(USCIS),

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the court on the "Motion to Dismiss and Motion to Vacate Hearing" filed September 9, 2008. The court having read the Motion to Dismiss and Motion to Vacate Hearing filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. It is also

    **ORDERED** that the Status Conference set for September 12, 2008 at 4:00 o'clock p.m. is VACATED.

DATED this 9th day of September, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge